*25cr 399 JRT/ECW*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 924(d)(1) |
| VISNOU PHILAPHON, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 846 |
| | ) | 26 U.S.C. § 5845(b) |
| | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute Methamphetamine)

Beginning in or around July 2023 and continuing through on or about December 28, 2023, in the State and District of Minnesota and elsewhere, the defendant,

**VISNOU PHILAPHON,**

did knowingly and intentionally conspire with others known and unknown to the grand jury, to distribute a controlled substance, specifically, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.



SCANNED
OCT 1 5 2025
U.S. DISTRICT COURT MPLS

*United States v. Visnou Philaphon*

## COUNT 2
(Possession of Methamphetamine With Intent to Distribute)

On or about December 28, 2023, in the State and District of Minnesota, the defendant,

**VISNOU PHILAPHON,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 3
(Felon in Possession of a Firearm-Vehicle)

On or about December 28, 2023, in the State and District of Minnesota, the defendant,

**VISNOU PHILAPHON,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely:

| Offense | Place of Conviction | Date of Conviction (on or about) |
|---|---|---|
| Drugs-First Degree | Hennepin County, MN | September 2020 |
| Escape from Custody | Anoka County, MN | October 2018 |
| Drugs-First Degree | Hennepin County, MN | April 2018 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, the following firearms:

2

| a Glock model 48 9-millimeter semiautomatic pistol bearing serial number BTHS915; and |
| a Taurus model PT 640 Pro .40 caliber semiautomatic pistol bearing serial number SES50131, |

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime-Vehicle)

On or about December 28, 2023, in the State and District of Minnesota,

the defendant,

**VISNOU PHILAPHON**,

did knowingly possess the following firearms:

| a Glock model 48 9-millimeter semiautomatic pistol bearing serial number BTHS915; and |
| a Taurus model PT 640 Pro .40 caliber semiautomatic pistol bearing serial number SES50131, |

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of methamphetamine with the intent to distribute, as alleged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5
(Manufacture of Methamphetamine)

On or about December 28, 2023, in the State and District of Minnesota,

the defendant,

**VISNOU PHILAPHON**,

3

*United States v. Visnou Philaphon*

did unlawfully, knowingly, and intentionally manufacture a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

### COUNT 6
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime-Residence)

On or about December 28, 2023, in the State and District of Minnesota, the defendant,

**VISNOU PHILAPHON**,

did knowingly possess a firearm, specifically, a Rock Island 9-millimeter semiautomatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, manufacture of methamphetamine, as alleged in Count 5 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### FORFEITURE ALLEGATIONS

Counts 1 through 6 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference for the purpose of alleging forfeitures.

If convicted of any Count of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained,

4

*United States v. Visnou Philaphon*

directly or indirectly, as the result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said violation. The property subject to forfeiture includes, but is not limited to, the following items seized on December 28, 2023:

1. a 2017 Volkswagen Tiguan, vehicle identification number WVGBV7AX8HK047528;

2. a Glock model 48 9-millimeter semiautomatic pistol bearing serial number BTHS915;

3. a Taurus model PT 640 Pro .40 caliber semiautomatic pistol bearing serial number SES50131;

4. a Rock Island 9-millimeter semiautomatic pistol; and

5. any ammunition, magazines, and accessories seized therewith.

If any of the above-described forfeited property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON